** MEMORANDUM ** ** PRIMARY ELECTION — CANDIDATES ** AN INTERPRETATION OF "STATE V. LASHER" WHICH THE SUPREME COURT HELD THAT "WHILE THE ELECTION LAWS CONTEMPLATES THAT NO ONE SHALL BE ALLOWED TO BECOME A CANDIDATE IN THE GENERAL ELECTION WHO HAD NOT BEEN A CANDIDATE AT THE PRIMARY ELECTION". (WRITE IN CANDIDATE) CITE: ARTICLE X, SECTION 23, ARTICLE V, SECTION 21, ARTICLE V, SECTION 30, 26 O.S. 541 [26-541], ARTICLE V, SECTION 20 (FRED HANSEN)